## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re HARTFORD MUTUAL FUNDS FEE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE: 04-cv-00344 (AWT) |

### STIPULATION OF DISMISSAL, WITH PREJUDICE, OF CLAIMS ASSERTED UNDER SECTIONS 34(b), 36(a) AND 48(a) OF THE INVESTMENT COMPANY ACT OF 1940

WHEREAS on February 23, 2007, with the agreement of the parties, the Court entered an order granting the Motion for Leave to File a Second Consolidated Amended Complaint filed by Plaintiffs Linda Smith, Brian Abrams, Bo Bortner, Jacky Rollins and Maurice S. Thews (the "Plaintiffs"), and denying the defendants' then pending motions to dismiss as moot;

WHEREAS on March 22, 2007, the Court entered Plaintiffs' Second Consolidated Amended Complaint (the "Complaint") alleging claims under Sections 34(b), 36(a) and 48(a) of the Investment Company Act of 1940 (the "ICA") on behalf of the Class and claims under ICA Sections 36(b) and 48(a) on behalf of the 36(b) Funds, as that term is defined in the Complaint;

WHEREAS on March 15, 2007, the Court of Appeals for the Second Circuit held in Bellikoff v. Eaton Vance Corp., 481 F.3d 110, 117 (2d Cir. 2007), that there are no private rights of action under Sections 34(b), 36(a) and 48(a) of the ICA;

WHEREAS none of the 36(b) Funds subject to Plaintiffs' claims under Section 36(b) of the ICA was or is sub-advised by Hartford Investment Management Company ("HIMCO") during the period of February 27, 2003 to the present; and

WHEREAS neither Jacky Rollins nor Maurice S. Thews held shares in the 36(b) Funds during the relevant period;

NOW, THEREFORE, the parties in the above-captioned action hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that:

1. The claims in the Complaint asserted under Sections 34(b), 36(a) and 48(a) shall be dismissed with prejudice,

2. Claims against HIMCO are hereby dismissed with prejudice, and HIMCO shall accordingly no longer be a defendant.

3. All claims asserted by Jacky Rollins and Maurice S. Thews are hereby dismissed with prejudice.

4. Each party shall bear its own costs, fees and expenses.

5. Nothing herein is intended to dismiss or release any claims for relief that Plaintiffs may have in this action against any other person, entity, or party, all such rights and claims for relief being expressly reserved by Plaintiffs.

Dated: December 6, 2007

Respectfully submitted,

**HURWITZ, SAGARIN SLOSSBERG & KNUFF, LLC**

By: /s/ 
J. Daniel Sagarin (CT 04289)
David A. Slossberg (CT 13116)
Andrew W. Skolnick (CT13422)
147 North Broad Street
P.O. Box 112
Milford, CT 06460
Tel.: (203) 877-8000

**SCHATZ & NOBEL, P.C.**
Jeffrey S. Nobel (CT 04855)
Andrew M. Schatz (CT 00603)
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: (860) 493-6292

*Co-Liaison Counsel*

**MILBERG WEISS LLP**
Jerome M. Congress
Janine L. Pollack
One Pennsylvania Plaza
New York, NY 10119
Tel.: (212) 594-5300

*Lead Counsel and Chair of the Executive Committee*

**SHEARMAN & STERLING LLP**

By: _____
Jerome S. Fortinsky
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000

**DAY PITNEY LLP**
Thomas J. Groark, Jr.
Mitchell R. Harris
242 Trumball St.
Hartford, CT 06103-3449
Tel: (860) 275-0100

*Counsel for Defendants The Hartford Financial Services Group, Hartford Investment Financial Services, LLC, Hartford Investment Management Company, Hartford Securities Distribution Company, Inc., and PLANCO Financial Services Inc.*

SULLIVAN & WORCESTER

By: *(signature)*
Ira K. Gross
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800

MURTHA CULLINA LLP
Cityplace I
185 Asylum St., 29th Floor
Hartford, CT 06103-3469
Tel: (860) 240-6000

*Counsel for Defendant Wellington Management Company, LLP*