UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re HARTFORD MUTUAL FUNDS FEE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | )<br>)<br>)   MASTER FILE: 04-cv-00344 (AWT)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between defendants The Hartford Financial Services Group, Inc., Hartford Investment Financial Services, LLC, Hartford Securities Distribution Company, Inc., PLANCO Financial Services Inc., and Wellington Management Company, LLP, and plaintiffs Brian Abrams, Bo Bortner and Linda Smith that the above-captioned action, and the other actions consolidated therein by order of the District Court on July 15, 2004, including without limitation *Smith v. Hartford Financial Serv. Group Inc*, 3:04cv344 (AWT), *Abrams v. Hartford Financial Serv. Group Inc*, 3:04cv351 (AWT), *Rollins v. Hartford Financial Serv. Group Inc*, 3:04cv406 (AWT), *Bortner v. Hartford Financial Serv. Group Inc*, 3:04cv429 (AWT), and *Thews v. Hartford Financial Serv. Group Inc*, 3:04cv567 (AWT), are hereby DISMISSED WITH PREJUDICE.

Dated: January 30, 2008

| | |
|---|---|
| **HURWITZ, SAGARIN & SLOSSBERG, LLC** | **SHEARMAN & STERLING LLP** |
| | |
| By:   /s/ David A. Slossberg | By:   /s/ Jerome S. Fortinsky |
|       J. Daniel Sagarin (CT 04289) |       Jerome S. Fortinsky |
|       David A. Slossberg (CT 13116) | 599 Lexington Avenue |
| 147 North Broad Street | New York, NY 10022 |
| P.O. Box 112 | Tel:  (212) 848-4000 |
| Milford, CT 06460 | |
| Tel.: (203) 877-8000 | **DAY PITNEY LLP** |
| | Thomas J. Groark, Jr. (CT 04245) |
| | Mitchell R. Harris (CT 09216) |
| **SCHATZ & NOBEL, P.C.** | 242 Trumbull Street |
| Andrew M. Schatz (CT 00603) | Hartford, CT 07103-3449 |
| Jeffrey S. Nobel (CT 04855) | Tel:  (860) 275-0100 |
| Patrick A. Klingman (CT 17813) | Fax: (860) 275-0343 |
| 20 Church Street, Suite 1700 | E-mail: tjgroark@dbh.com |
| Hartford, CT 06103 | E-mail: mrharris@dbh.com |
| Tel.: (860) 493-6292 | |

*Co-Liaison Counsel*  *Counsel for Defendants The Hartford Financial Services Group, Hartford Investment Financial Services, LLC, Hartford Securities Distribution Company, Inc. and PLANCO Financial Services Inc.*

| | |
|---|---|
| **MILBERG WEISS LLP** | **SULLIVAN & WORCESTER** |
| Jerome M. Congress | |
| Janine L. Pollack | |
| One Pennsylvania Plaza | By:   /s/ Ira K. Gross |
| New York, NY 10119 |       Ira K. Gross |
| Tel.: (212) 594-5300 | One Post Office Square |
| | Boston, MA 02109 |
| *Lead Counsel and Chair of the Executive Committee* | Tel:  (617) 338-2800 |
| | **MURTHA CULLINA LLP** |
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** | CityPlace I |
| Marc A. Topaz | 185 Asylum St., 29th Floor |
| Richard A. Maniskas | Hartford, CT 06103 |
| Three Bala Plaza East | Tel:  (860) 240-6000 |
| Suite 400 | |
| Bala Cynwyd, PA 19004 | *Counsel for Defendant Wellington Management Company, LLP* |
| Tel.: (610) 667-7706 | |

*Member of the Executive Committee*

**STULL STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street
Suite 500
New York, NY  10017
Tel.:  (212) 687-7230

*Member of the Executive Committee*

**MURRAY, FRANK & SAILER LLP**
Brian P. Murray
275 Madison Avenue
New York, NY  10016
Tel.:  (212) 682-1818

*Member of the Executive Committee*

**SCOTT + SCOTT, LLP**
David R. Scott (CT 16080)
Erin Green Comite (CT 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel.:  (800) 404-7770

*Member of the Executive Committee*

**GLANCY BINKOW & GOLDBERG LLP**
Michael M. Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA  90067
Tel.:  (310) 201-9150

**WEISS & LURIE**
Joseph H. Weiss
551 Fifth Avenue
New York, NY 10176
Tel.:  (212) 682-3025

**BROWER PIVEN, A PROFESSIONAL CORPORATION**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland  21202
Tel.:  (410) 332-0030

*Additional Plaintiffs' Counsel*

**SO ORDERED:**

_____
Alvin W. Thompson
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.

By     /s/ Mitchell R. Harris
        Mitchell R. Harris (ct09216)