**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
In re HARTFORD MUTUAL FUNDS      :
FEE LITIGATION                   :
                                 : MASTER FILE: 04CV344(AWT)
THIS DOCUMENT RELATES TO ALL ACTIONS :
                                 :
```

**ORDER**

        The court understands that it was the intention of the parties in executing the Stipulation of Dismissal With Prejudice [176] to resolve the case with respect to all parties and issues. Accordingly, the Clerk is directed to administratively close this case without prejudice to reopening on or before June 6, 2008.

        The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

        It is so ordered.

        Dated at Hartford, Connecticut this 8th day of May 2008.

                                            /s/AWT
                                    Alvin W. Thompson
                              United States District Judge